IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 3:13-cr-00162 |
| | ) | Chief Judge Haynes |
| WENDY ASKINS, et al. | ) | |

## ORDER

I hereby recuse myself in this action. This file shall be returned to the Clerk for reassignment to another judge.

It is so **ORDERED**.

ENTERED this the 5th day of November, 2013.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court