IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

==Motion GRANTED. Hearing reset for 11/21/13 at 4:00 p.m.==

| UNITED STATES OF AMERICA | ] | |
|---|---|---|
| | ] | |
| vs. | ] | Criminal No. 3:13-00162 |
| | ] | |
| LARRY G. WEBB, et al. | ] | |

MOTION TO CONTINUE STATUS CONFERENCE

Comes the Defendant, Larry G. Webb, and requests this Honorable Court for an Order rescheduling the status conference in this matter now set for November 13, 2013, at 4:00 p.m. As grounds for this motion, the attorneys for the Defendant would state that they are scheduled to attend a pretrial motion hearing on November 13, 2013, in the United States District Court for the Eastern District of Tennessee in Greeneville in the matter of USA v. Anindya Sen, Patricia Posey Sen and East Tennessee Cancer and Blood Center, P.C. In addition, counsel for co-defendants and the Government are not opposed to said continuance.

Therefore, Defendant would respectfully request the Court reset this matter for a status hearing on Thursday, November 21, 2013, at 4:00 p.m.

Respectfully submitted,

BONE McALLESTER NORTON, PLLC

BY: s/Edward M. Yarbrough
EDWARD M. YARBROUGH   BPR #4097
J. ALEX LITTLE           BPR #29858
511 Union Street, Suite 1600
Nashville, TN  37219
(615) 238-6300
eyarbrough@bonelaw.com
alex.little@bonelaw.com

{01001066.1 }