## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 3:13-00162 |
| | ) | Judge Trauger |
| [1] WENDY ASKINS. | ) | |
| [2] LARRY GENE WEBB, and | ) | |
| [3] BILLY MICHAEL FOSTER | ) | |

## **O R D E R**

A status conference was held with counsel for the parties on November 21, 2013. The defendants have not received all discovery because of needed redaction but will be furnished the balance of the discovery by very early December. Because it is clear that this case cannot be tried on December 3, 2013, it is hereby **ORDERED** that the trial of this case, scheduled for December 3, 2013, is **CONTINUED**, to be reset at a status conference that will be held on December 16, 2013, at 11:30 a.m. Counsel shall appear with their clients for this status conference.

It is so **ORDERED**.

ENTER this 21st day of November 2013.

_____
ALETA A. TRAUGER
U.S. District Judge