# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 3:13-00162 |
| | ) | Judge Trauger |
| [1] WENDY ASKINS and | ) | |
| [2] LARRY GENE WEBB | ) | |

## O R D E R

Defendant Webb's Second Motion to Enlarge Time Within Which to File Pretrial Motions (Docket No. 72) is **GRANTED**. It is hereby **ORDERED** that both defendants shall file pretrial motions by Friday, May 2, 2014, and the government shall respond thereto by Monday, May 19, 2014.

It is so **ORDERED**.

ENTER this 14th day of March 2014.

_____
ALETA A. TRAUGER
U.S. District Judge