UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

==Motion GRANTED conditioned upon the timely filing of a waiver of speedy trial by both defendants.==

*[signature]*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 3:13-00162 |
| | ) | Judge Trauger |
| WENDY ASKINS | ) | |

## MOTION TO CONTINUE TRIAL DATE

**COMES NOW** the Defendant, **Wendy Askins**, by and through her undersigned counsel, and respectfully requests that this Honorable Court enter an Order continuing the trial of her case from Tuesday, June 3, 2014 at 9:00 a.m., to a later date convenient to the Court and counsel. In support hereof, Defendant states as follows:

1. This case is currently set for trial on Tuesday, June 3, 2014. (Docket Entry 64). Defendant Askins and Codefendant Webb are on bond.

2. Undersigned counsel is scheduled to begin the trial of *United States of America v. L. Brian Whitfield, MDTN Case No. 3:12-00044 (The Sommet Group Case),* before U.S. District Judge Todd Campbell and a jury on June 3, 2014. Obviously, the setting of the *Whitfield* case conflicts with the current setting of the *Askins* case. The *Whitfield* case was indicted on 3/1/12, is older than the *Askins* case, and has a huge volume of discovery. Additionally, undersigned counsel has significant jury trials set on March 24, 2014 and April 29, 2014 which appear very likely to be tried.

3. On March 12, 2014, counsel for Codefendant Larry G. Webb filed a *Second Motion to Enlarge Time Within Which to File Pretrial Motions*. (Docket Entry 72). In the motion, counsel for Webb represent that they do not object to this continuance request. *Id.*

1