IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

==Motion GRANTED conditioned upon the filing of waivers of speedy trial by both defendants.==

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ] | |
| | ] | |
| vs. | ] | Criminal No. 3:13-00162 |
| | ] | |
| LARRY G. WEBB, et al. | ] | |

UNOPPOSED MOTION TO CONTINUE TRIAL DATE

Comes the Defendant, Larry G. Webb, by and through counsel, and requests this Honorable Court for an Order to continue the trial of this matter currently scheduled on July 15, 2014. The motion is unopposed. As grounds for this motion, the Defendant would state that:

1. The discovery in this matter is voluminous; the government has provided thousands of pages of documents, and defense counsel will need additional time to assess all of it.

2. Because the legal and factual issues are complex, additional time is needed in order to prepare a complete legal and factual defense of this matter, and no parties will be prejudiced by the requested continuance.

3. In addition, defense counsel has several trials in other cases already scheduled. For example, Mr. Webb's counsel have a trial in the case of State of Tennessee v. Cone, a Court of Appeals argument regarding a matter of public interest in the case of The Tennessean, et al. vs. Jane Doe, et al., a continuation of the sentencing hearing in the case of U.S.A. v. Anindya Sen in Greeneville, Tennessee, a three-day trial set in Davidson County Chancery Court, and a week-long criminal trial of State v. Shouse in Maury County, Tennessee, all matters scheduled before the date of the above matter. Because of the extensive trial schedule of defense counsel,

{01077011.1 }