UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

Motion GRANTED.

*[signature]*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:13-cr-00162 |
| | ) | |
| | ) | JUDGE TRAUGER |
| WENDY ASKINS, et al | ) | |
| | ) | |

## MOTION TO SUBSTITUTE COUNSEL

Comes now the United States of America, by and through the undersigned attorney, and moves the Court to substitute Assistant United States Attorney Stephanie N. Toussaint for Assistant United States Attorney John K. Webb and Assistant United States Attorney Thomas Jaworski. In support of this motion, the undersigned submits that the above-captioned case has been re-assigned to Assistant United States Attorney Stephanie N. Toussaint.

    Respectfully submitted,

    DAVID RIVERA
    United States Attorney


    **s/Stephanie N. Toussaint**
    STEPHANIE N. TOUSSAINT
    Assistant United States Attorney
    110 Ninth Avenue South, Suite A-961
    Nashville, Tennessee 37203-3870
    Telephone: (615) 736-5151